1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7                      FOR THE DISTRICT OF ARIZONA

8   Arjan Singh,                    )   No. CV-14-01354-PHX-SPL (BSB)
9                                   )
                 Petitioner,         )   **ORDER**
10  vs.                              )
11                                   )
    Katrina S. Kane, et al.,         )
12                                   )
13               Respondents.        )
                                     )
14  _____  )

15      Before the Court is Petitioner Arjan Singh's unopposed Motion to Dismiss (Doc.
16  17) his Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in
17  Federal Custody (Doc. 1).
18      The Honorable Bridget S. Bade, United States Magistrate Judge, issued a Report
19  and Recommendation ("R&R") (Doc. 22), recommending that the motion to dismiss be
20  granted. Judge Bade advised the parties that they had fourteen (14) days to file objections
21  to the R&R and that failure to file timely objections could be considered a waiver of the
22  right to obtain review of the R&R. (Doc. 13 at 9-10) (citing 28 U.S.C. § 636(b)(1); Fed.
23  R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).
24      The parties did not file objections, which relieves the Court of its obligation to
25  review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149
26  (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is
27  not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must
28  determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R, grant the motion, and thereby dismiss the petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Bade's Report and Recommendation (Doc. 22) is **accepted** and **adopted** by the Court;

2. That the reference to the Magistrate Judge is withdrawn as to Petitioner's Motion to Dismiss (Doc. 17) and the motion is **granted**;

3. That the Petition for Writ of Habeas Corpus (Doc. 1) is **dismissed**; and

4. That the Clerk of Court shall **terminate** this action.

Dated this 6th day of January, 2015.

Honorable Steven P. Logan
United States District Judge